February 2, 2021

**Clerk's Office of the U.S. District Court**
6500 Cherrywood Ln
Greenbelt, MD 20770

Subject: Status of Motion to Appoint Counsel - Civil Action No. 8:21-cv-01820-CBD

Honorable Judge Chasanow,

I am writing to ask for a status update regarding my motion to appoint counsel on the above referenced case that was received on January 24, 2021. If you could please let me know whether you will be granting or denying my motion at your earliest convenience, I would greatly appreciate it.

Sincerely,

*Christine De Leva*

Christine De Leva
7417 Lake Katrine Ter
Gaithersburg, MD 20879
240-506-6960