

**UNITED STATES POSTAL SERVICE** ® | **PRIORITY** ® **MAIL**

FROM: Christine DeLera
7417 Lake Katrine Ter.
Gaithersburg, MD 20879





---

**UNITED STATES POSTAL SERVICE.**  *Retail*

**P**  US POSTAGE PAID
**$8.95**  Origin: 20855
02/03/22
2378850855-18

**PRIORITY MAIL 1-DAY®**

0 Lb 1.60 Oz
**1006**

EXPECTED DELIVERY DAY:  02/04/22

C012

SHIP
TO:  6500 CHERRYWOOD LN
GREENBELT MD 20770-1249

**USPS TRACKING® #**

9505 5114 1813 2034 3406 36

---

ected delivery date
st domestic shipmen
'S Tracking® include
ited international ins
en used internationa

ce does not cover certa
tic Mail Manual at http://
nternational Mail Manual

**AT RATE**
RATE ■ ANY WE

**ACKED** ■

PS0000100001

---

____ FILED          ____ ENTERED
____ LOGGED      ____ RECEIVED

FEB 04 2022

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                                    DEPUTY

TO:

Clerk's Office
U.S. District Court
6500 Cherrywood Lane
Greenbelt, MD 20770