**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>TIMOTHY J. SULLIVAN<br>UNITED STATES MAGISTRATE JUDGE<br>MDD_TJSchambers@mdd.uscourts.gov | U.S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, Maryland 20770<br>(301) 344-3593 |

February 17, 2022

LETTER TO PLAINTIFF:

Christine De Leva
7417 Lake Katrine Terrace
Montgomery Village, MD 20879

      Re:    *De Leva v. Lowe's Companies, Inc. et al*
              Case No. DKC-21-1820

Dear Ms. De Leva:

      This case has been referred to me for a settlement conference.

      It is my experience that settlement conferences are more productive when all parties are represented by counsel. Because you are currently representing yourself, the Court is attempting to locate an attorney willing to assist you free of charge at the settlement conference. Once an attorney is located who is willing to accept this limited pro bono appointment, I will provide you with the attorney's contact information and schedule the settlement conference for a date convenient to the parties.

      Please know that once a pro bono attorney is appointed to represent you during the settlement conference, their only obligation will be to appear on the day of the settlement conference and assist you during the conference. They will not be expected to assist you in any other way with your case.

                                          Very truly yours,

                                          /s/
                                        Timothy J. Sullivan
                                        United States Magistrate Judge