IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTINE DE LEVA,<br><br>        Plaintiff,<br><br>  v.<br><br>LOWE'S COMPANIES, INC. and LOWE'S HOME CENTERS, LLC,<br><br>        Defendants. | Case No. 8:21-cv-01820-DKC |

## **DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER**

Defendants LOWE'S COMPANIES, INC. and LOWE'S HOME CENTERS, LLC, by their attorneys, respectfully request, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 104(13), that the Court enter the attached Protective Order. Defendants believe that the entry of the attached Protective Order will facilitate discovery and help protect against the unnecessary disclosure of confidential materials. Therefore, good cause exists for the Order.

Defendants have attempted to confer with Plaintiff, who is now proceeding *pro se*, about the proposed Protective Order, including by numerous telephone calls and e-mail correspondence to her. However, Plaintiff has not returned any of the undersigned's calls and has not responded to the undersigned over e-mail, other than to note her unavailability for a deposition.

WHEREFORE, Defendants respectfully request that the Court enter the attached Protective Order.

79736435v.1

DATED:  February 17, 2022

By: */s/ Raymond C. Baldwin*
  Raymond C. Baldwin
  Bar No. 25449
  rbaldwin@seyfarth.com
  SEYFARTH SHAW LLP
  975 F Street, NW
  Washington, DC 20004
  Telephone: (202) 463-2400
  Facsimile: (202) 828-5393

  Margaret M. Manos (*Pro Hac Vice*)
  North Carolina Bar No. 34837
  mmanos@seyfarth.com
  SEYFARTH SHAW LLP
  121 W. Trade Street, Suite 2020
  Charlotte, North Carolina 28202
  Telephone: (704) 925-6030
  Facsimile: (404) 724-1538
  *Attorneys for Defendants*
  *LOWE'S COMPANIES, INC. and LOWE'S*
  *HOME CENTERS, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTINE DE LEVA,<br><br>     Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC. and LOWE'S HOME CENTERS, LLC,<br><br>     Defendants. | Civil Action No. 8:21-cv-01820-DKC |

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, I filed the foregoing DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER by CM/ECF, and that I caused a true and correct copy of the foregoing to be served via e-mail and first class mail upon the Plaintiff as follows:

Christine De Leva
7417 Lake Katrine Terrace
Gaithersburg, MD 20879
deleva.christin@gmail.com

__/s/ Raymond C. Baldwin_____
Raymond C. Baldwin
Bar No. 25449
rbaldwin@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393

*Attorney for Defendants*

79736435v.1