IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTINE DE LEVA,

      Plaintiff,

v.

LOWE'S COMPANIES, INC. and LOWE'S HOME CENTERS, LLC,

      Defendant.

Case No. 8:21-cv-01820-DKC

**[PROPOSED] ORDER**

Defendants having shown good cause for extending the discovery period for the limited purpose of continuing Plaintiff's deposition and for extending the dispositive motion deadline, IT IS HEREBY ORDERED that the discovery period is extended through and including March 30, 2022 and the dispositive motion deadline is similarly extended to April 29, 2022.

SO ORDERED this \_\_\_\_ day of _____ 2022.

_____
Deborah K. Chasanow
United States District Judge