IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| CHRISTINA DE LEVA | : | |
| | : | |
| v. | : | Civil Action No. DKC 21-1820 |
| | : | |
| LOWE'S COMPANIES, INC., et al. | : | |
| | : | |

**ORDER**

Plaintiff has requested the appointment of counsel. (ECF No. 29). Ms. Michal Shinnar was appointed as pro bono counsel to represent Plaintiff during the parties' settlement conference before the Magistrate Judge Timothy J. Sullivan. (ECF No. 33).

A federal district court's power to appoint counsel for those proceeding *informa pauperis* under 28 U.S.C. § 1915(e)(1) is a discretionary one and may be considered where an indigent claimant presents exceptional circumstances. *See Cook v. Bounds*, 518 F.2d 779, 780 (4th Cir. 1975); *see also Branch v. Cole*, 686 F.2d 264, 266 (5th Cir. 1982). Other than for the settlement conference, counsel will not be appointed at this time. Plaintiff should undertake to respond to discovery and motions on her own. A motion for protective order is pending, and if Plaintiff opposes, she should file something promptly.

Accordingly, it is this 3rd day of March, 2022, by the United States District Court for the District of Maryland ORDERED that:

1.   Plaintiff's motion for the appointment of counsel with respect to matters outside mediation (ECF No. 29) BE and the same hereby IS DENIED; and

2.   The Clerk IS DIRECTED to mail a copy of this Order to Plaintiff and to transmit a copy to counsel for Defendants.

                                    /s/
                            DEBORAH K. CHASANOW
                            United States District Judge

2