IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTINE DE LEVA,<br><br>        Plaintiff,<br><br>   v.<br><br>LOWE'S COMPANIES, INC. and LOWE'S HOME CENTERS, LLC,<br><br>        Defendant. | Case No. 8:21-cv-01820-DKC |

**DEFENDANTS' OPPOSED MOTION FOR EXTENSION OF APRIL 1, 2022
<u>DEADLINE TO FILE DISPOSITIVE MOTIONS</u>**

Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC, by and through their undersigned counsel and pursuant to the Court's October 18, 2021 Scheduling Order (Dkt. No. 19) and Local Rule 105, respectfully move the Court to extend the April 1, 2022 deadline to file dispositive motions by four weeks, through and including April 29, 2022. In support of their motion, Defendants state as follows:

1. Plaintiff was represented by Linda Correia in this matter from September 8, 2021 (Dkt. No. 13) through the January 24, 2022 Order allowing Ms. Correia to withdraw as counsel (Dkt. No. 28).

2. On December 22, 2021, the day that Plaintiff served responses to Defendants' discovery requests after Defendants granted her two extensions, defense counsel asked Ms. Correia to provide possible dates for Plaintiff's deposition. Despite repeated follow-up inquiries from defense counsel, Ms. Correia did not offer or agree to any date for Plaintiff's deposition prior to withdrawing from this matter as counsel. Additionally, Ms. Correia did not substantively respond to defense counsel's inquiries regarding the significant deficiencies in Plaintiff's discovery

responses before withdrawing as Plaintiff's counsel.

3. Following the Court's January 24, 2022 Order allowing Ms. Correia to withdraw as counsel and noting that Plaintiff would be proceeding *pro se*, defense counsel contacted Plaintiff four separate times, twice by telephone and twice by e-mail, regarding the scheduling of her deposition. After Plaintiff eventually replied over e-mail and claimed to be unavailable for a deposition the entire month of February, despite being unemployed, defense counsel served a notice of deposition for March 1, 2022 for Plaintiff's deposition.

4. Due to the withdrawal of Plaintiff's former counsel and subsequent delay in receipt of some basic discovery responses from Plaintiff, as well as Plaintiff's refusal to agree to a deposition date, defense counsel was unable to depose Plaintiff until March 1, 2022.

5. Given these facts, as well as the schedules of Defendants' counsel, Defendants are requesting a four-week extension of the April 1, 2022 dispositive motions deadline, through and including April 29, 2022.

6. Defendants' counsel represents that this motion is made in good faith and not for the purpose of delay. Defendants believe and represent that the requested extension is reasonable and necessary. This motion is made prior to the expiration of the time period for filing dispositive motions.

7. On March 8 and 9, 2022, defense counsel contacted Plaintiff regarding whether she consents to the requested extension. On March 9, 2022, Plaintiff stated that she opposes the request.

Accordingly, Defendants respectfully request that the Court enter an Order extending the dispositive motions deadline through April 29, 2022. A proposed Order is attached hereto for this Court's consideration.

- 3 -

Date: March 9, 2022

                        By:  */s/ Margaret M. Manos*
                             Raymond C. Baldwin
                             Bar No. 25449
                             rbaldwin@seyfarth.com
                             SEYFARTH SHAW LLP
                             975 F Street, NW
                            Washington, DC 20004
                            Telephone: (202) 463-2400
                            Facsimile: (202) 828-5393

                             Margaret M. Manos (*Pro Hac Vice*)
                             North Carolina Bar No. 34837
                             mmanos@seyfarth.com
                             SEYFARTH SHAW LLP
                             121 W. Trade Street, Suite 2020
                             Charlotte, North Carolina 28202
                             Telephone: (704) 925-6030
                             Facsimile: (404) 724-1538

                        *Attorneys for Defendants*

                        *LOWE'S COMPANIES, INC. and LOWE'S*
                        *HOME CENTERS, LLC*

- 3 -
80365888v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2022, I filed the foregoing DEFENDANTS' OPPOSED MOTION FOR EXTENSION OF APRIL 1, 2022 DEADLINE TO FILE DISPOSITIVE MOTIONS by CM/ECF, and that I caused a true and correct copy of the foregoing to be served via e-mail and first class mail upon the Plaintiff as follows:

Christine De Leva
7417 Lake Katrine Terrace
Gaithersburg, MD 20879
deleva.christine@gmail.com

                                                      __/s/ Margaret M. Manos_____
                                                      Margaret M. Manos (*Pro Hac Vice*)
                                                      North Carolina Bar No. 34837
                                                      mmanos@seyfarth.com
                                                      SEYFARTH SHAW LLP
                                                      121 W. Trade Street, Suite 2020
                                                      Charlotte, North Carolina 28202
                                                      Telephone: (704) 925-6030
                                                      Facsimile: (404) 724-1538

                                                      *Attorney for Defendants*