## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTINE DE LEVA,<br><br>    Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC. and LOWE'S HOME CENTERS, LLC,<br><br>    Defendant. | Case No. 8:21-cv-01820-DKC |

## **[PROPOSED] ORDER**

Defendants having shown good cause for extending the dispositive motion deadline, IT IS HEREBY ORDERED that the dispositive motion deadline is extended to April 29, 2022.

SO ORDERED this ____ day of _____ 2022.

_____
Deborah K. Chasanow
United States District Judge

80377711v.1