```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| CHRISTINA DE LEVA | : |
| v. | : Civil Action No. DKC 21-1820 |
| LOWE'S COMPANIES, INC., et al. | : |

**ORDER**

Plaintiff initiated this employment action on July 21, 2021 (ECF No. 1). The case was assigned to the undersigned on September 9, 2021. Defendants filed an Answer to Plaintiff's complaint on October 18, 2021 (ECF No. 17) and a scheduling order was issued the same date with a discovery deadline of March 2 and a dispositive motions deadline of April 1, 2022. (ECF No. 19). The parties jointly requested that this case be referred to a magistrate judge for a settlement conference on December 30, 2021 (ECF No. 24). The case was referred to the Honorable Timothy J. Sullivan, United States Magistrate Judge the same date (ECF No. 25) and a settlement conference is scheduled May 25, 2022 (ECF No. 38). The court granted the motion of Plaintiff's attorney to withdraw on January 24, 2022. (ECF No. 28). Plaintiff thereafter is proceeding *pro se*.

Defendants filed a motion for the entry of a protective order on February 17, 2022, asserting that the proposed protective order

would protect against the disclosure of confidential materials. (ECF No. 32). The motion states that Defendants attempted to confer with Plaintiff but, at the time of filing, Plaintiff had not responded to counsel's calls or emails other than to note her unavailability for a deposition.

The proposed protective order is reasonable and will be approved with one addition under Paragraph 7 that specifies that "whenever materials subject to the confidentiality order (or any pleading, motion or memorandum referring to them) are proposed to be filed in the court record under seal, the party making such filing must simultaneously submit a motion and accompanying order which includes (a) proposed reasons supported by specific factual representations to justify the sealing and (b) an explanation why alternatives to sealing would not provide sufficient protection."

The parties filed a joint status report on March 2, 2022, reporting that discovery is complete with one exception – Plaintiff is to provide additional responsive information and, after receipt, her deposition would be concluded. (ECF No. 34). The same date, Defendants filed a motion seeking an extension of the discovery deadline, to March 30, 2022, for the limited purpose of receiving additional information from Plaintiff and concluding her deposition. Defendants' motion also requested an extension of the

dispositive motions deadline.  (ECF No. 35).  On March 9, Defendants filed a separate motion requesting an extension of the dispositive motions deadline, to April 29, 2022.  (ECF No. 37).

Although Defendants' motions state that Plaintiff opposes the motions, Plaintiff filed no response in opposition to any motion and the time to do so has now expired.

Accordingly, it is this 29th day of March, 2022, by the United States District Court for the District of Maryland, ORDERED that:

1. The unopposed motion for entry of a protective order filed by Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC (ECF No. 32) BE, and the same hereby IS, GRANTED.  The court will enter Defendants' proposed protective order with the court's addition as described herein;

2. The unopposed motion seeking an extension of discovery for the limited purpose of receipt of Plaintiff's additional information to and to complete Plaintiff's deposition (ECF No. 35) and unopposed motion for an extension of the dispositive motions deadline (ECF No. 37) filed by Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC BE, and the same hereby ARE, GRANTED;

3. Discovery is extended to March 30, 2022, for the limited purpose of allowing time for Plaintiff to provide additional

3

responsive information and for the conclusion of Plaintiff's deposition;

    4.   The dispositive motions deadline is extended to April 29, 2022; and

    5.   The Clerk will transmit a copy of this Order to Plaintiff and to counsel for the Defendants.

                                                    /s/
                                    DEBORAH K. CHASANOW
                                  United States District Judge