# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTINE DE LEVA,

    Plaintiff,

v.

LOWE'S COMPANIES, INC. and LOWE'S HOME CENTERS, LLC,

    Defendants.

Case No. 8:21-cv-01820-DKC

## DECLARATION OF MARSHA POSTON

I, Marsha Poston, state as follows:

1. I make this Declaration of my own free will, based upon my personal knowledge of the facts set forth below and my review of Company records. I am over 18 years of age, and I am competent to make this Declaration.

2. I have been employed by Lowe's Companies, Inc. as an Associate Relations Consultant since June 2019. Lowe's Companies, Inc. employs corporate-level employees including Associate Relations Advisors who investigate concerns of alleged discrimination or other alleged unfair workplace decisions or practices.

3. On or about November 21, 2019, I was assigned to investigate Associate Relations case number HRC1213990. The case involved concerns from Plaintiff Christine De Leva that her hourly pay rate was lower than that of a male co-worker, Jeffrey Nyswaner, who also worked at the Lowe's Frederick store and that the pay difference was based on gender.

4. I promptly began my investigation within a few days of being assigned the case. As part of my investigation, I interviewed Store Manager Gary Shanholtz, Area HR Business

Partner Ramandeep Kakar, and Ms. De Leva. My investigation included a review of the documents supporting the starting pay rates for Ms. De Leva and Mr. Nyswaner in the ProServices Sales Specialist position (as both held this position at the time Ms. De Leva raised her concern), as well as the pay history for the third ProServices Sales Specialist at the Frederick store, Paul Lewis. Mr. Lewis' pay history reflected that he had been employed by Lowe's for approximately 20 years, had received regular increases during that time, and that his pay was based upon his prior work history and experience over about 20 years compared to Ms. De Leva's work history and experience with Lowe's of less than 2 years.

5. In reviewing whether Ms. De Leva's education and prior work experience was comparable to that of Mr. Nyswaner, I obtained information from Ms. De Leva both during my interview of her and through her subsequent submission to me of a copy of her resume. Attached hereto as Exhibit 1 is a true and accurate copy of the e-mail and attached resume that Ms. De Leva sent to me in December 2019. She told me during the interview that she had an Associate's degree in business administration, and her resume also states that she has a degree in Business Administration from Montgomery College. Ms. De Leva also told me during the interview that she had 5 years of experience as a sales associate in commercial sales at Home Depot prior to Lowe's. Her resume also states that she worked in Pro Account sales (*i.e.*, commercial sales) for Home Depot for 5 years immediately prior to her Lowe's employment. Lowe's records show that Mr. Nyswaner has a Bachelor's degree and that he had at least several years of relevant sales experience prior to his Lowe's employment. Thus, it appeared to me based on the information that Ms. De Leva provided that she had relatively comparable education and prior work experience to Mr. Nyswaner.

6. My investigation revealed that Assistant Store Manager ("ASM") Thelston Rigby had determined the starting pay rates for both Ms. De Leva and Mr. Nyswaner in the ProServices Sales Specialist positions. As Mr. Rigby had resigned his Lowe's employment, I was unable to interview him as part of my investigation in late 2019. And, because Mr. Rigby determined the starting pay rates for Ms. De Leva and Mr. Nyswaner, my investigation was not able to include a review of Mr. Rigby's reasons for offering a lower starting pay rate to Ms. De Leva. Based upon the information provided by Ms. De Leva at the time, and without any information from Mr. Rigby, I could not discern a specific basis for the difference in the hourly pay rate for Ms. De Leva and Mr. Nyswaner. Thus, I recommended that Ms. De Leva's hourly pay rate be increased to match Mr. Nyswaner's hourly pay rate.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on April 26, 2022.

*Marsha Poston*
_____
MARSHA POSTON

# EXHIBIT 1

| | |
|---|---|
| **From**: | De Leva, Christine [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6BD0F09B475D445E9E9745C9AD3BCBEE-2413608] |
| **Sent**: | 12/4/2019 12:11:02 PM |
| **To**: | Poston, Marsha [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2bbaee946f1f4136b97efa0ec056f4d7-poston, mar] |
| **Subject**: | Christine De Leva - Store 516 - Resume |
| **Attachments**: | image2019-12-04-065059.pdf |

Good morning Marsha,

Attached is my resume that was used during my interview for the Pro Specialist position at Store 516, that you had requested. If there is anything else you need from me please let me know.

Thank you,

*Christine De Leva*
*Pro Sales Specialist*
*Lowe's of Frederick, #516*
*240.215.2658 (Direct Line)*
*christine.deleva@store.lowes.com*

_____
From: Lowes Document Scan <LexPrin@Lowes.com>
Sent: Wednesday, December 4, 2019 6:51 AM
To: De Leva, Christine
Subject: Scanned Document(s) Attached

Scanned Document(s) Attached

# CHRISTINE DE LEVA

7417 Lake Katrine Terrace, Gaithersburg, MD 20879 · 240-506-6960
deleva.christine@gmail.com

I am a highly energetic and dependable sales representative who provides superb customer service and maintains a phenomenal sales record. I am adept at working well independently with little to no supervision or as part of a sales team. I am currently seeking a challenge to further myself on a career path in retail sales. One of my most proud accomplishments thus far include, climbing into the top 3 rankings in the region for sales within my first year with the company. I am interested in pushing myself further up the corporate ladder.

## EXPERIENCE

### JANUARY 2013 – JANUARY 2018
### PASA (PRO ACCOUNT SALES ASSOCIATE), THE HOME DEPOT

As a Pro Account Sales Associate, I am primarily responsible for developing one-on-one relationships with selling products to industrial, commercial, and other professional customers. I achieve this by creatively and proactively pursuing new business and utilizing prospecting to make contact with customers. My key responsibilities for this position include, providing outstanding service to customers through the sharing of product knowledge of all store departments and developing and maintaining professional customer relationships, paying special attention to customers' needs and solutions. Also, as a PASA, I have thorough knowledge of all departments and how to use the products in each department. This position also involves acting as a sales associate on the floor, involving all associate duties (e.g. keeping the work area clean and organized). I use active listening skills with my customers and I am willing to take on challenges and can adapt to changes in my workplace. By building relationships, I drive customer acquisition by probing project questions and being knowledgeable about our Pro Loyalty Programs. I utilize Pro benefits to drive sales by using bulk pricing such as, Pro Xtra, credit solutions, etc. I handle closely with managed accounts with valuable contractors who spend roughly $250k/year with the company. I build long lasting relationships with customers and assure them that I am dependable, reliable, practical, and there for their every need.

### OCTOBER 2000 – DECEMBER 2012
### KEY HOLDER, DESTINATION XL

As a Key Holder, I was responsible for building and sustaining long term relationships with customers while working to create a sales environment that enhanced the buying experience. I achieved individual goals and assisted my store manager in ensuring the store met its sales plan. I also assisted my store manager with the daily operation of the store. I created and implemented merchandise presentations and displays that were customer focused and maximized sales according to operational direction. I ensured that standards were being followed: floor set, cleanliness, marketing, signage, and promotions. I ensured each customer was welcomed in a warm and genuinely sincere manner and went above and beyond the customer's initial requests by fulfilling his/her wardrobe needs and recommended complete outfits, as well as, ensured each customer was connected to the brand by engaging him/her into our Loyalty Program and turning them into DXL Group "fans" by encouraging return visits.

# EDUCATION

**JUNE 2000**
**BUSINESS ADMINISTRATION,** MONTGOMERY COLLEGE
3.5 GPA

# AWARDS & ACKNOWLEDGEMENTS

## ACCOMPLISHMENTS AT THE HOME DEPOT:

- Awarded Employee of the Month June, 2014
- Awarded Employee of the Month January, 2015
- Awarded Employee of the Month November, 2016
- Awarded Employee of the Month March, 2017
- Ranked #2 in sales for the District
- Ranked #3 in sales for the Region
- Ranked #2 for opening Commercial Credit Cards for the Region