# EXHIBIT H

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTINE DE LEVA,<br><br>    Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC. and LOWE'S HOME CENTERS, LLC,<br><br>    Defendants. | Case No. 8:21-cv-01820-DKC |

## DECLARATION OF THELSTON RIGBY

I, Thelston Rigby, state as follows:

1. I make this Declaration of my own free will, based upon my personal knowledge of the facts set forth below and review of Company records. I am over 18 years of age, and I am competent to make this Declaration.

2. I have been employed by Lowe's Home Centers, LLC ("Lowe's) since March 2020 as an Assistant Store Manager ("ASM") at the North Hagerstown, Maryland store. I was previously employed by Lowe's from December 2006 until I voluntarily resigned in or about late September 2019 for another employment opportunity. From December 2006 until approximately early February 2019, I was an ASM at the Lowe's Gaithersburg, Maryland store. Then in or about early February 2019, I transferred to the Lowe's Frederick store where I continued in an ASM role until I voluntarily resigned in or about late September 2019. Plaintiff Christine De Leva worked at the Gaithersburg store from approximately February 2018 to February 2019 and, during that time, I was one of the ASMs to whom she reported as I oversaw the ProServices team.

3. On February 7, 2019, I interviewed Ms. De Leva for an open position of ProServices Sales Specialist at the Frederick store. I conducted this interview by telephone. Attached hereto as Exhibit 1 are my contemporaneous handwritten notes from that interview. Ms. De Leva informed me that she had been a Pro Discount Specialist at The Home Depot for a short time period (*i.e.*, for about a year). She also informed me that she had worked for a clothing retailer, Nordstrom, for a short time period (again, for about a year). Ms. De Leva did not inform me that Nordstrom fired her for theft or that The Home Depot had also fired her for misconduct. I did not review Ms. De Leva's Lowe's employment application as part of the interview process. I would not have selected Ms. De Leva for the promotion to the ProServices Sales Specialist position if I had known that The Home Depot and Nordstrom had fired her for misconduct / theft. My interview revealed that Ms. De Leva did not have any managerial experience. My understanding of Ms. De Leva's educational background is that she does not have a Bachelor's degree. Rather, Ms. De Leva told me that she has an Associate's degree. I believed her when she made this representation. I have since learned that she does not, in fact, have any college / higher education degree.

4. I decided to offer Ms. De Leva the open ProServices Sales Specialist position at the Frederick store. Ms. De Leva had been in a ProServices Customer Service Associate ("CSA") position at the Gaithersburg store for approximately 6 months at the time I made this offer. Although there was a more qualified (as described further herein) ProServices CSA at the Frederick store for the ProServices Sales Specialist position, Jeffrey Nyswaner, I recall that Mr. Nyswaner was not sure about applying for the open position and that he applied only after I had already interviewed and selected Ms. De Leva for the position.

5. In order to determine Ms. De Leva's starting pay rate for the ProServices Sales Specialist position, I reviewed the information that she had verbally provided to me during the interview and entered relevant information into Lowe's Pay Rate Advisor application ("PRA"). For example, as she told me that she held an Associate's Degree, I entered that degree into the PRA. I also gave her credit for 4 years of relevant sales experience (*i.e.*, commercial sales) prior to Lowe's and entered that information into the PRA, despite my understanding that she actually only had about 1 to 2 years of prior sales experience and that some of that sales experience was in retail clothing only and not commercial sales. From my interview of her, I concluded that Ms. De Leva had very limited experience prior to Lowe's with building materials or other products that the ProServices Specialists typically sell. In determining Ms. De Leva's starting pay rate, I also considered my personal observations of how Ms. De Leva had performed in her ProServices CSA role at the Gaithersburg store during the approximately six months she reported to me, including that she struggled with developing credit (*i.e.*, getting ProServices customers to open Lowe's credit accounts) and needed more training on the different credit products Lowe's offers and how to present them to customers. I also observed that Ms. De Leva needed more development and training on being more accessible to customers in the aisles and seeking out and initiating the contact with the customers versus waiting for the customer to approach her at the ProServices desk. Based upon Ms. De Leva's prior experience and education, and my observations of her performance and qualifications, I determined that a Step 4 starting pay rate was appropriate, which calculated out to be $17.77 per hour.

6. I was one of the ASMs to whom Ms. De Leva reported at the Frederick store from her start date in the ProServices Sales Specialist position in approximately late February 2019 until my resignation in or about late September 2019.

7. In approximately late April 2019, I interviewed Jeffrey Nyswaner for an open ProServices Sales Specialist position at the Frederick store to which Mr. Nyswaner had applied. Mr. Nyswaner informed me that he had a Bachelor's degree from the University of Maryland. Additionally, I recall that Mr. Nyswaner discussed his work experience prior to Lowe's as a store manager of a nursery / landscaping store for several years. Additionally, as of that time, Mr. Nywaner had held the ProServices CSA position at the Frederick store for almost 1 year.

8. I decided to offer Mr. Nyswaner the open ProServices Sales Specialist position at the Frederick store. In order to determine Mr. Nyswaner's starting pay rate for the ProServices Sales Specialist position, I reviewed the information that he had verbally provided to me during the interview and entered relevant information into Lowe's PRA. The relevant prior work experience that I considered was that Mr. Nyswaner had been a store manager of a business that sold similar products to what ProServices Sales Specialists sell and had prior experience working with those products (*e.g.*, coordinating deliveries, having an understanding of the landscaping business, ordering products). From what Mr. Nyswaner described to me, his prior experience managing a nursery involved a very similar approach to how we conduct business at the ProServices desk. I recall learning that Mr. Nyswaner also had been a store manager of an animal feed store for quite some time (over 10 years) prior to managing a nursery. I also considered my personal observations of how Mr. Nyswaner had performed in his ProServices CSA role, including that he was performing exceptionally well at the ProSevices desk and was

one of a few people in the ProServices department (in my experience with both the Frederick and Gaithersburg stores) developing credit accounts for ProServices customers.  I felt, and still feel, that developing credit is key to growing the ProServices business as data shows that customers with credit / business accounts make more visits back to the store to purchase products.  I also observed that Mr. Nyswaner excelled at processing business accounts in the Lowe's systems and was more visible and helpful to customers in the aisles, including pulling products and prepping deliveries for them.  Mr. Nyswaner performed significantly better than Ms. De Leva in each of these areas.  I also observed that Mr. Nyswaner was very knowledgeable about building materials and landscaping, which are areas in which ProServices Sales Specialists sell many products.  In comparison and based on my personal experience working with her, Ms. De Leva lacked this level of product knowledge.

9. Based upon Mr. Nyswaner's prior experience and education, and my observations of his performance and qualifications, I determined that a Step 6 starting pay rate was appropriate, which calculated out to be $20.19 per hour.

10. The difference in the starting pay rate for Ms. De Leva and Mr. Nyswaner was due to their different levels of prior experience and education, as well as my personal observations of their relative product knowledge / performance in a commercial sales department.  My understanding at the time of the pay decisions was that Ms. De Leva has an Associate's Degree.  In contrast, my understanding both now and at the time of the pay decisions is that Mr. Nyswaner has a Bachelor's degree.  Additionally, Ms. De Leva had about a year of relevant sales experience prior to Lowe's, whereas Mr. Nyswaner had about 3 to 4 years of relevant sales experience prior to Lowe's, during which he also was a store manager.  In contrast,

Ms. De Leva had been a store associate and had not worked in any managerial type of position. Also, Ms. De Leva had been a ProSevices CSA for about 6 months, whereas Mr. Nyswaner had been in that role for about 1 year at the time I considered each of them for the respective openings.  Finally, my observations of their relative knowledge of ProServices products was that Mr. Nyswaner had significantly more product knowledge at the time of Mr. Nyswaner's promotion to ProServices Sales Specialist.  At the time that I offered Mr. Nyswaner the open ProServices Sales Specialist position,, Ms. De Leva had been in her ProServices Sales Specialist position for about 2 months.

11.   My decision to offer Mr. Nyswaner a starting pay rate of $20.19 per hour and Ms. De Leva a starting pay rate of $17.77 per hour was due to their relative prior relevant work experience, education, and their work history (including management experience and specific experience with building materials and landscaping) and my personal observations of their qualifications and performance at Lowe's.  My decision had nothing to do with Ms. De Leva's or Mr. Nyswaner's sex and I did not take gender into account when making any decision as to their employment or pay.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on April 27, 2022.

*Thelston Rigby*
_____
THELSTON RIGBY

# EXHIBIT 1



## Sales Specialist Interview Guide
(Internal & External)
*Lowe's is an Equal Opportunity Employer*

| Applicant's Name | Status | Sales ID |
|---|---|---|
| CHRISTINE DE LEYA | ☑ Internal ☐ External | 2413608 |
| **Interviewer's Name** | | **Interviewer's Title** |
| THELSTAN J. RIGBY | | R. SN... SING ASM |
| **Position Applied To** | **Requisition #** | **Interview Date** |
| Sales Specialist Pro Services | | |
| **Additional Positions for which this Interview is Used** (Must be in same job family – see job titles below) | **Requisition #** | **Date of Req** |
| | | |
| | | |

This interview guide should only be used for the jobs shown in the job family below:

| **Job Family:** Sales Specialist |
|---|
| Sales Specialist Appliances |
| Sales Specialist Cabinets |
| Sales Specialist Fashion/Rough Desk |
| Sales Specialist Flooring |
| Sales Specialist Millwork |
| Sales Specialist Plumbing |
| Sales Specialist Windows & Walls |
| Sales Specialist Live Nursery |
| Sales Specialist ProServices |

## Guidelines for the Overall Interview Process

- This interview is valid for <u>30 days</u>. If the applicant is considered for <u>a position in the same job family</u> within 30 days of the interview date, this interview may be used. Insert the position, requisition #, and date above for all additional positions and include a copy of the interview in the Requisition File for all additional positions.
- This interview should be conducted by one of the following managers: HRM, ASM-Sales, **or** Store Manager. More than one manager may participate in the interview, but this is not a requirement.
- *Exception*: For Sales Specialist Live Nursery, the ASM-Service should participate instead of ASM-Sales.
- All interviews for a given requisition should be completed by the same interviewer/group of interviewers.
- All applicants must meet minimum qualifications for the open role.
- It is recommended that you interview as many candidates as needed to identify a talented individual who demonstrates the potential for success in the role.
- Place this form in the <u>Requisition File</u>.
- This interview should take approximately 45 to 60 minutes.
    - Section 1: Interview Topics to Cover
    - Section 2: Interview Instructions & Questions
    - Section 3: Closing the Interview
    - Section 4: Scoring
    - Section 5: Interviewer Signature

## Section 1: Interview Topics to Cover

**Instructions:** Review each of the following topics with the job applicant. Reference the **Interview Guidelines** for an explanation of each topic if needed. Check that you have discussed or completed each topic and provide any relevant notes.

| Topic | Notes | Check Completed |
|---|---|---|
| High-Level Overview of Open Position | | ✓ |
| Job Classification (*Full-Time, Part-Time, Seasonal*) | | ✓ |
| Work Schedule/Availability | | ✓ |
| Drug Free Work Place (External) (U.S. Only) | | ✓ |
| Dress Code Guidelines (External) | | ✓ |
| Have the applicant review the Job Description. (*If applicant requests an accommodation, please consult with your HR representative*) | | ✓ |

**Language Capability**
Ask the applicant if he/she speaks a language other than English and whether he/she would be willing to speak another language to assist a customer. If yes, check application for language entered. If not on application or "other" is checked, insert language(s) here: _English_
If applicant is hired, enter this information in PeopleSoft (External Applicants).

**Job Requirements (U.S. Only)**
- After you have discussed the job, ask:
  Are you able to perform the essential functions of the job with or without an accommodation?
  ☑ Yes  ☐ No  (If No, the applicant cannot be considered for this position.)
- If applicant requests an accommodation, please consult with your HR representative. Do not express opinion or agree to any accommodation during the interview.

## Section 2: Interview Instructions & Questions

**Instructions:**
- Ask the lead question for each competency and ask probing questions when you need more information.
- Take detailed, legible, job-relevant notes underneath the question for each competency.
- Reference the **Interview Guidelines** for detailed information on opening, conducting, closing, and scoring interviews.
- Read the following statements to the applicant:
  - "I will be asking you to share specific examples from your previous work experiences."
  - "Take your time to think of your best examples and focus on specific actions you have taken rather than what you generally do or typically do. When describing an example that involves others, be sure to focus on your specific role."
  - "If you cannot think of an example from work, feel free to use non-work experiences such as school or volunteer activities."
  - "At times, I might move along to the next question or ask probing questions to get everything I need."
  - "I will be taking notes throughout the interview."
  - "Do you have any questions before we start?"
  - "Before we begin with the formal interview questions, tell me a little bit about your previous work experience and what interests you about this job."

## Competency Questions:

Read the lead question (in bold) for each candidate. Use the bulleted probes to obtain further information about the candidate's knowledge or experience, as needed.

### Conscientiousness/Inspection/Detail Orientation
**Primary KSAs: Attention to Detail, Dependability**

1. **Tell me about a time when others were depending on you to complete a work assignment that required a high degree of accuracy.**
   - What was the work assignment?
   - What did you do to make sure you met expectations?
   - What did you do to make sure your work was accurate?
   - What was the outcome?

**Notes** Worked at Home Depot as a Pro account specialist. She was required to pull orders. More specifically, she partnered with Deliveries, often times visited job sites, & always ensured that the orders were delivered on time. Always ensured everything was cross checked with manifest. Always got project completed.

| 1 | 2 | 3 | 4 ✓ | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Ineffective | Limited Competence | Approaching Solid Competence | Solid Competence | Above Solid Competence | Advanced Competence | Master or Role Model |
| • Completed work activities with low levels of quality or accuracy; demonstrated inadequate commitment to work quality and accuracy<br>• Did not prioritize work, or did not communicate workload to others<br>• Did not regularly check own work<br>• Did not notify the appropriate people (e.g., co-workers, manager) or did not give sufficient advanced notice when conflicting work assignments arose | | • Maintained competent level of quality and accuracy when completing work activities; demonstrated adequate commitment to work quality and accuracy<br>• Prioritized and communicated workload to ensure that everything got done<br>• Checked work effectively and used some of the following strategies: proofreading, verifying information, spot checking, or other relevant strategies<br>• Notified appropriate people (e.g., co-workers, manager) with sufficient advanced notice when conflicting work assignments arose | | | • Maintained high level of quality and accuracy when completing the work activities; demonstrated a strong commitment to work quality and accuracy<br>• Proactively prioritized work and sought help from others when necessary to ensure everything was accomplished on time<br>• Regularly checked work by engaging in all or most of the following strategies: proofreading, verifying information, spot checking, or other relevant strategies<br>• Alerted others far in advance when a conflicting work assignment arose and made appropriate arrangements to ensure that commitments were fulfilled | |

## Customer Service

**Primary KSAs:** Customer Need Identification (Curiosity), Customer Service Orientation

2. Describe the steps you have taken to address a customer's complaints.
   - What actions did you take?
   - How did you use this information to improve customer service?
   - What challenges did you face and how did you overcome them?
   - What, if anything, would you have done differently?
   - What was the impact of your efforts?

**Notes**

Feels as though she has a lot of patience — Always hear the customer out, calm the customer down, & then work to address customer complaints. Often times the customer wants a discount for their troubles. She would always put herself in the customer shoes & always work to address the issues. She always to ensure the customer(s) come back & shop with us or her in the future. Always did whatever it took to make the customer happy.

| 1 | 2 | 3 | 4 ✓ | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |
| Ineffective | Limited Competence | Approaching Solid Competence | Solid Competence | Above Solid Competence | Advanced Competence | Master or Role Model |

| | | |
|---|---|---|
| • Waited for customers to initiate contact or did not interact with customers<br>• Did not ask questions or had difficulty understanding customer needs<br>• Was not able to or did not fully address or resolve the customer's immediate needs or problems<br>• Provided service to customers that did not meet their expectations<br>• Gave up or acted unprofessionally while dealing with a difficult customer | • Greeted customers and answered customer questions<br>• Asked questions in order to understand and meet customer needs<br>• Addressed and resolved the customer's immediate needs or problems<br>• Provided service to customers that met their expectations<br>• Maintained composure while interacting with difficult customers | • Took initiative to speak with customers and asked questions to uncover their needs<br>• Asked the right questions to uncover customer needs, and offered solutions that exceeded their expectations<br>• Willingly went beyond job responsibilities to meet customer's needs or solve problems<br>• Provided service to customers that exceeded their expectations<br>• Effectively dealt with difficult customers and put extra effort into resolving customer problems |

## Decision Making

**Primary KSAs:** Decision Making, Problem Solving

3. **Tell me about a time when you had to make an important decision based on incomplete or conflicting information.**
   - How did you approach the situation?
   - What issues did you consider when making this decision?
   - Did you ask or involve others before making your final decision?
   - What was the outcome of the situation?
   - What would you do differently if faced with this situation again?

**Notes**

While working in the product pick-up location a customer came-in to pick-up their item. The customer informed them that the product a particular price, which was significantly lower, & requested a price adjustment. She looked-up the price, it was not the quoted price the customer detailed. She informed the customer of the current price & apologized for any

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |
| Ineffective | Limited Competence | Approaching Solid Competence | Solid Competence | Above Solid Competence | Advanced Competence | Master or Role Model |

| | | |
|---|---|---|
| • Did not identify a potential problem or did not describe the problem to those who could correct it<br>• Did not explain or described an illogical or unorganized process solving problems and reaching a decision<br>• Did not use facts in order to make decisions and/or did not involve others as needed<br>• Made a decision without appropriately weighing the options | • Identified a potential problem and corrected it or clearly described it to those who could correct it<br>• Described a thorough process for solving a problem or reaching a decision<br>• Gathered information (e.g., data, facts) integral to making an informed decision and involved others as needed<br>• Weighed pros and cons of each alternative based on available information, and made an appropriate decision for the situation | • Identified a potential problem, including what might have caused it, and corrected the root cause, or clearly described the problem and recommended a solution to the right person<br>• Described a very organized and logical process for solving a problem or reaching a decision<br>• Gathered every piece of crucial information (e.g., data, facts), logically interpreted details from various sources, and used them to set priorities, develop ideas, make decisions, and involve others as needed<br>• Proactively examined alternatives from different perspectives, weighed pros and cons, and made an excellent decision for the situation |

## Focusing on the Bottom Line
**Primary KSAs:** Initiative, Accountability, Drive

4. Tell me about an instance at work where you took charge of a work situation, without being asked.
   - What was the situation?
   - What was your role?
   - What prompted you to act on your own?
   - What was the result of your independent action?

**Notes**

while working in a clothing store she had one of her customers called & informed her that he needed a suit for a wedding in New York. She took her time to go to fedex after selling the suit. Drove to fedex, ship the suit to the customer, after getting his hotel address, & he received it before the wedding. Customer was thrilled, wrote corporate, & she was recognized for her actions.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| O | O | O | ✓ | O | O | O |
| Ineffective | Limited Competence | Approaching Solid Competence | Solid Competence | Above Solid Competence | Advanced Competence | Master or Role Model |

- Was not able to maintain motivation or attention when working on repetitive tasks
- Did not take responsibility for work assignments or failed to meet deadlines, objectives, or commitments
- Showed no interest in accepting work assignments beyond normal load; did not offer to help others even with time available
- Did not prioritize or balance time, actions, and projects in ways that ensured achievement of results

- Performed a repetitive task effectively and with appropriate attention over a relatively short period of time
- Completed all work assignments and met all deadlines, objectives, and commitments
- Volunteered for a work assignment that was moderately difficult; helped others with difficult work assignments when asked
- Prioritized and balanced time, actions, and projects to ensure accomplishment of results

- Performed a repetitive task effectively and with appropriate attention over a long period of time
- Took ownership of work assignments, overcame challenges successfully, and acted in a proactive manner to complete all assigned tasks
- Volunteered for a work assignment that was challenging and complex; helped others with difficult work assignments without being asked
- Modeled and taught others how to prioritize, balance, organize, and allocate time, actions, and projects in a way that generated positive outcomes, even in complex situations

## Getting Organized

**Primary KSAs:** Planning and Organizing, Multi-Tasking, Time Management

5. **Tell me about a time you put together a plan for a project or work assignment.**
   - What was the project?
   - Who did you involve when developing deadlines and other project plans?
   - How did you plan for the project/work assignment?
   - How did you ensure that you and/or the team met the deadline?
   - What obstacles did you face and how did you overcome them?
   - What was the outcome?

**Notes** Was working with a contractor, he was redoing a hotel. The customer needed a large quantity of tubs & plumbing items. He needed 15 RH tub, 15 LH tub, & other Accessories. He worked on all bathroom items ordered. The store had space/storage constraints. Collaborated with vendor partners, got stuff in, & collaborated with the contractor to load items in his trailer. When needed, went very well — still sees contractors in store.

| 1 | 2 | 3 | 4 ✓ | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Ineffective | Limited Competence | Approaching Solid Competence | Solid Competence | Above Solid Competence | Advanced Competence | Master or Role Model |
| • Did not have plans or had plans that were ineffective for existing tasks<br>• Failed to consider the importance of various tasks or time needed for completion when prioritizing work<br>• Failed to complete multiple tasks accurately and/or on time<br>• Procrastinated or used poor time management and planning and was unable to leverage resources necessary to accomplish work objectives<br>• Disliked shifting priorities or had difficulty adjusting to shifting priorities to complete work | | • Described adequate experience with organizing and coordinating work activities; developed reasonable plans which led to the effective execution of new and existing tasks<br>• Prioritized tasks according to their importance and time needed for completion<br>• Completed multiple tasks accurately while meeting deadlines<br>• Leveraged available resources and managed resources efficiently to accomplish work objectives<br>• Adjusted quickly to shifting priorities and completed all work accurately and on time | | | • Described solid experience with organizing and coordinating work activities; formulated sound and detailed plans to ensure execution of new and existing tasks<br>• Continuously examined priorities and re-prioritized tasks according to their importance and time needed for completion; and developed contingency plans to address potential problems<br>• Completed multiple tasks and exceeded task requirements ahead of schedule<br>• Described a detailed planning process for securing and leveraging resources or stretching limited resources to successfully complete work objectives<br>• Adjusted quickly and seamlessly to shifting priorities and completed work accurately and ahead of schedule | |

## Relating Skills

**Primary KSAs:** Building Relationships, Sociability, Teamwork, Interpersonal Skills, Listening

6. How would you go about building a relationship with a customer to gain their business?
   - What would you do to build the relationship?
   - What things would you consider?
   - How would you measure success?

**Notes**

She never goes straight to business; She gets to know the person, introduce herself, Assure the customer that she's there for them, shows or genuine interests in growing their business, Most important gain their trusts & ultimately gain their business.

| 1 | 2 | 3 | 4 ✓ | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ⊙ | ○ | ○ | ○ |
| Ineffective | Limited Competence | Approaching Solid Competence | Solid Competence | Above Solid Competence | Advanced Competence | Master or Role Model |
| • Does not show interest in or consideration of the needs or feelings of others; finds it difficult to work with others<br>• Avoids addressing conflicts with others<br>• Does not listen to others or asks questions to understand others' needs<br>• Does not work with others in ways that establish relationships or trust | | • Shows awareness of the needs and feelings of others; effectively works with others<br>• Handles conflicts with others directly<br>• Listens to others and asks questions to learn about others' needs<br>• Builds relationships and works with others to reach goals and establish trust | | | • Displays interest in and consideration of the needs and feelings of others; works well with others to accomplish common goals<br>• Appropriately addresses conflicts with others by reaching a common solution that prevents further issues from developing<br>• Listens, asks questions, clarifies, and confirms what was heard in order to gain full understanding of issues<br>• Establishes strong, effective relationships with others; and partners with them to build trust | |

DEF000561

## Sales/Selling Orientation

**Primary KSAs:** Sales Orientation, Selling Proficiency

7. Tell me about a time when you persuaded a customer to purchase a product or service in addition to what was already selected.
   - What was the situation and the product or service?
   - What approach did you use to sell?
   - What was the outcome?

**Notes**

While working in a clothing store she was trained to sell made to measure suit. She had a customer that was shopping for a suit. He just needed a regular suit. She informed him that he should get a made to measure suit. She informed him of the benefits of having that suit. He did get it. Also, got him the accessories that he needed.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ | ○ |
| Ineffective | Limited Competence | Approaching Solid Competence | Solid Competence | Above Solid Competence | Advanced Competence | Master or Role Model |
| • Did not ask questions in order to understand customer needs<br>• Did not overcome customer objections or push for sale<br>• Did not put together estimates, answer questions, or work to understand the scope of a project<br>• Did not initiate conversation with customers unless directly approached; did not discuss any additional products or services to customers<br>• Did not consider sales trends or market conditions | | • Asked probing questions in order to understand customer needs<br>• Overcame objections and asked for the sale when customers showed little or no interest in moving the sale forward<br>• Created estimates and answered customer questions when selling projects<br>• Addressed customers who needed help and shared accurate information with them on key product features; mentioned some additional products or services to customers<br>• Considered sales trends and market conditions | | | • Asked the right questions in order to determine customer needs and move the sales process forward<br>• Addressed customer concerns and overcame objections; asked for the sale in a way that invited dialogue and discussion about available products and services<br>• Closed project sales by uncovering the scope of the project, creating estimates, and answering customer questions<br>• Sought out and identified customers who needed help and shared accurate information with them while highlighting key product features; initiated discussions with customers on additional products and services to expand sales<br>• Regularly considered and shared sales trends and current market conditions with others, and their impact on sales | |

**STOP** – This interview is now over. Please assess the final competency after dismissing the applicant.

## Communicating Effectively
**Primary KSA:** Verbal Communication
*Assessed based on communication during interview*

8. This item does not require a question. This competency should be rated based upon how the applicant performed during the interview. Use the rating scale below to assess the applicant.

<u>Notes</u>

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |
| Ineffective | Limited Competence | Approaching Solid Competence | Solid Competence | Above Solid Competence | Advanced Competence | Master or Role Model |
| • Had difficulty expressing ideas clearly; and responses were disorganized, difficult to follow, and/or off the point<br>• Did not listen attentively throughout the interview; and was distracted, unfocused, and/or inappropriately interrupted others | | • Provided complete and well thought out answers; and communicated in an organized, easy-to-follow manner<br>• Listened to what was being said; spoke in a courteous and professional manner; avoided interrupting others throughout the interview | | | • Spoke in an articulate and confident manner; asked useful and relevant questions to gather additional detail and to ensure understanding; and clearly communicated ideas, stressing major points, and effectively conveyed information using clear examples<br>• Listened carefully, ensuring full comprehension of what was being said; and maintained focus throughout the interview and did not interrupt others | |

## Section 3: Closing the Interview

- Give the applicant an opportunity to ask any questions he/she might have.
- Explain the next steps in the selection process and when he/she can expect to hear from you.
- Conclude by thanking the applicant for his/her time.

## Section 4: Scoring

- Enter the scores for each individual competency.
- If multiple interviewers participated, enter the consensus score for each competency.
- Total the individual competency ratings.
- Use the chart below to determine the Average Interview Score.

| Competency | Score |
|---|---|
| 1. Conscientiousness/Inspection/Detail Orientation | 4 |
| 2. Customer Service | 4 |
| 3. Decision Making | 4 |
| 4. Focusing on the Bottom Line | 4 |
| 5. Getting Organized | 4 |
| 6. Relating Skills | 4 |
| 7. Sales/Selling Orientation | 4 |
| 8. Communicating Effectively | 4 |
| Total all ratings: | 32 |
| Average Interview Score: | 4.0 |

| Total of Ratings | Average Score | Total of Ratings | Average Score | Total of Ratings | Average Score | Total of Ratings | Average Score | Total of Ratings | Average Score |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 1.0 | 18 | 2.3 | 28 | 3.5 | 38 | 4.8 | 48 | 6.0 |
| 9 | 1.1 | 19 | 2.4 | 29 | 3.6 | 39 | 4.9 | 49 | 6.1 |
| 10 | 1.3 | 20 | 2.5 | 30 | 3.8 | 40 | 5.0 | 50 | 6.3 |
| 11 | 1.4 | 21 | 2.6 | 31 | 3.9 | 41 | 5.1 | 51 | 6.4 |
| 12 | 1.5 | 22 | 2.8 | 32 | 4.0 | 42 | 5.3 | 52 | 6.5 |
| 13 | 1.6 | 23 | 2.9 | 33 | 4.1 | 43 | 5.4 | 53 | 6.6 |
| 14 | 1.8 | 24 | 3.0 | 34 | 4.3 | 44 | 5.5 | 54 | 6.8 |
| 15 | 1.9 | 25 | 3.1 | 35 | 4.4 | 45 | 5.6 | 55 | 6.9 |
| 16 | 2.0 | 26 | 3.3 | 36 | 4.5 | 46 | 5.8 | 56 | 7.0 |
| 17 | 2.1 | 27 | 3.4 | 37 | 4.6 | 47 | 5.9 | | |

- The applicant with the highest Average Interview Score should be selected. If an applicant with a lower score is selected, the reason for this decision must be documented below, <u>only on the selected applicant's interview guide</u>:

## Section 5: Interviewer Signature

Interviewer 1: _[signature]_   TRELLMAN J. RIGBY   DATE: 03/07/2018
               Signature                Print Name

Interviewer 2:  _____   _____   DATE: _____
(Optional)      Signature                 Print Name

**NOTE: Place this form in the Requisition File.**