May 7, 2022

Christine De Leva
7417 Lake Katrine Terrace
Gaithersburg, MD 20879

United States District Court
6500 Cherrywood Ln, #110
Greenbelt, MD 20770

Re: Case No. 8:21-cv-01820-DKC

To Whom It May Concern:

I would like to ask the Court for an extension to oppose the motion to dismiss my case for summary judgment. Opposing counsel has consented to allowing me a 2 week extension for my response due June 10, 2022.

Thank you,

*Christine De Leva* (signature)

Christine De Leva