Christine DeLera
7417 Lake Katrine Ter.
Gaithersburg, MD 20879

CAPITAL DISTRICT 208

10 MAY 2022 PM 4 L



_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED

MAY 1 2 2022

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
/BY _____ DEPUTY

Clerk's Office
U.S. District Court
6500 Cherrywood Ln. #110
Greenbelt, MD 20770

20770-720135