IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTINA DE LEVA            :

     v.                  :   Civil Action No. DKC 21-1820

LOWE'S COMPANIES, INC., et al.  :

**ORDER**

Plaintiff filed a motion requesting until June 10 to respond to Defendants' motion for summary judgment. (ECF No. 43). Defendants consent to the extension. Accordingly, it is this 13th day of May, 2022, by the United States District Court for the District of Maryland, ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 43) BE, and the same hereby IS, GRANTED;

2.  Plaintiff may have to and including June 10, 2022, to respond to Defendants' motion for summary judgment; and

3.  The Clerk is directed to transmit a copy of this Order to counsel for Defendants and to mail a copy to Plaintiff.

                                         /s/
                                     DEBORAH K. CHASANOW
                                     United States District Judge